AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*September 22, 2022*

Nathan Ochsner, Clerk of Court

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*
**Information Associated with Particular Cellular Towers
Controlled by AT&T Mobility**

)
)
)
)
)
)

Case No. **4:22-mj-2282**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment "A"

located in the _____Southern_____ District of _____Florida_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C.1951(a)(b)(1) | Interference with Commerce by Threats or Violence |
| 18 U.S.C. § 924(c)(1)(A)(ii)(iii) | Brandishing of a Firearm During and in Relation to a Crime of Violence |

The application is based on these facts:

**(See the Affidavit in Support of Search Warrant)**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under
18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph T. Oppedisano, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: 09/22/2022 _____

*Judge's signature*

City and state: Houston, Texas

Honorable Christina A. Bryan, U.S. Magistrate Judge
*Printed name and title*

`IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRIT OF TEXAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INORMATION ASSOCIATED WITH PARTICULAR CELLULAR TOWERS AT&T MOBILITY; SPRINT; T-MOBILE USA; VERIZON WIRELESS | Case No. **4:22-mj-2281 - 2284** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT BY TELEPHONE OR OTHER**
**RELIABLE ELECTRONIC MEANS**

I, **Joseph T. Oppedisano**, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for records and information associated with certain cellular towers ("cell towers") that is in the possession, custody, and/or control of AT&T Mobility, a cellular service provider headquartered at 11760 US Highway 1, Suite 600, North Palm Beach, Florida 33408; Sprint, a cellular service provider headquartered at 6480 Sprint Parkway, Overland Park, Kansas 66251; T-Mobile USA, Incorporated (hereinafter "Inc."), a cellular service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054; and Verizon Wireless a cellular service provider headquartered at 180 Washington Valley Road, Bedminster, New Jersey 07921. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless to disclose to the government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate items described in Section II of Attachment B.

Form 9 - Cellular Telephone Tower Dump Application and Order
Approved 3/29/2019

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since July 2019.  I hold a Dual Bachelor's degree from New Jersey City University in Criminal Justice and Professional Security Studies, and prior to joining the FBI, I was a Special Agent with the Pentagon Force Protection Agency for four years.   In my capacity as an FBI Special Agent, I have participated in investigations of various federal criminal violations including violent crimes, money laundering, and other complex financial crimes.  I am currently assigned to the Violent Crimes Squad in the Houston Division and was previously assigned to the White-Collar squad which investigated Corporate, Securities, and Commodities Fraud.  Over the years, I have conducted or participated in physical surveillances, Title III electronic surveillances, the execution of search warrants, debriefings of informants, and attended specialized and advanced trainings related to both violent and complex financial crimes.  Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with the patterns of activity regarding aggravated robbery suspects and the methods they employ to plan, coordinate, and conduct these robberies, including the use of telecommunication devices such as cellular telephones, use of counter surveillance techniques, and the use of cryptic language, words, and references to conduct their activities.  Suspects often communicate using both voice calls and message applications prior to, during, and after the execution of a robbery. This allows them to communicate and coordinate the surveillance and execution of the robbery while using multiple vehicles.  Suspects will often take photographs of the commercial business and then send those photographs to other suspects involved with the theft.  Suspects often take photographs of the stolen currency or property and then share these photographs with other suspects or associates. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is

2

intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.       Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C.1951(a)(b)(1) and 18 U.S.C.924(c)(1)(A)(ii)(iii) have been committed, are being committed, and will be committed by unknown persons. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

## PROBABLE CAUSE

5.       In August of 2022, there were a series of robberies of taco truck businesses where a lone gunman entered brandishing a black pistol grip, pump action shotgun and stole money belonging to the business. On multiple occasions the firearm was discharged. The robber was observed by video or witnesses to be connected to a silver four door sedan which was operating independently of the robber, indicating someone was aiding and abetting the robber. On multiple occasions the robber was seen to be using a cell phone. EDENILSO ELIAS BENAVIDES CORNELIO, herein BENAVIDES, was arrested on related charges, admitted his involvement as the robber, confirmed additional parties were involved and indicated that cell phones were used to plan and execute the robberies. The details are as follows:

6.       On Tuesday, August 9, 2022, at approximately 10:07pm a man later identified as EDENILSO ELIAS BENAVIDES CORNELIO (hereafter referred to as "BENAVIDES") entered the El Nuebo Sabor taco truck, located at 2800 West Mount Road, Houston, Texas 77038. This Taco Truck is in the Houston Division of the Southern District of Texas and a robbery of this business impacts interstate commerce. BENAVIDES brandished a black pistol grip pump action shotgun and robbed the business for money. This incident was reported to the

3

Harris County Sheriff's Office ("HCSO") under incident number 2208-05936 and in parallel with the FBI under 192B-HO-3649444. Agents and officers reviewed video surveillance footage and conducted interviews of victims and witnesses which depicted the following sequence of events. Agents and officers observed BENAVIDES participate in the robbery. On the date and time in question, a grey four door sedan (possible subject vehicle) matching the description from other robberies was captured on surveillance video driving through the parking lot and out of view of the cameras. Moments later, BENAVIDES ran from that direction and entered the taco truck. BENAVIDES raised and pointed what officers and complainants observed to be a pistol grip pump action shotgun at the complainants. At this point, the complainant, hands BENAVIDES money, then stuffs in his pockets before fleeing the scene. Surveillance footage captured BENAVIDES flee the area on foot back towards the direction of the grey sedan. BENAVIDES was wearing a black long sleeve shirt. BENAVIDES was also wearing a blue and gray baseball style cap with the Dallas Cowboys star on it. BENAVIDES and possible subject vehicle are pictured below.

BENAVIDES         VEH 1




4

7.      On Wednesday, August 10, 2022, at approximately 08:40 pm the Mi Princesita

taco truck located at 8622 Irvington Blvd, Houston, Texas 77086, was robbed by a man later

identified as BENAVIDES. This taco truck is located in the Houston Division of the Southern

District of Texas and a robbery of this business impacts interstate commerce.  This incident was

reported to the Houston Police Department ("HPD") under incident number 1068448-22 and in

parallel with the FBI under 192B-HO-3649444.  Agents and officers reviewed video surveillance

footage and conducted interviews of victims and witnesses which depicted the following

sequence of events. From video, officers observed BENAVIDES point a black pistol grip pump

action shotgun at employees of the taco truck in attempt to rob them of their money. The

complainants laid on the ground, but BENAVIDES could not open the door to enter the truck.

The subject left without any money.

BENAVIDES



8.      On Wednesday, August 10, 2022, at approximately 09:05 pm the Taquerias Mi

Jalisco Taco Truck, located at 8430 Fulton Street, Houston, Texas 77022 was robbed. This

incident was reported to the HPD under incident number 1068427-22 and in parallel with the

FBI under 192B-HO-3649444. This taco truck is located in the Houston Division of the Southern

District of Texas and a robbery at this business impacts interstate commerce. There was no

5

surveillance video at this location. Officers conducted interviews of victims and witnesses which established the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black rifle style gun who robbed the location of $300.00 cash interrupting their business and affecting interstate commerce. The subject told the complainants not to call the police after he leaves otherwise, he will return.  The subject was observed running back to a grey four door sedan after the robbery, consistent with the above referenced robberies.

9.      On Wednesday, August 10, 2022, at approximately 11:00 Pm the Tacos Cuhh taco truck, located at 8930 North Freeway, Houston, Texas 77037 was robbed. This incident was reported to the HPD under incident number 1110797-22 and in parallel with the FBI under 192B-HO-3649444.  This taco truck is located in the Houston Division of the Southern District of Texas and a robbery at this location affects interstate commerce. There was no surveillance video at this location. Officers conducted interviews of victims and witnesses which depicted the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black shotgun and robbed the location of approximately $500.00 cash interrupting their business and interstate commerce. The subject was observed running back to a four-door sedan with a getaway driver waiting on him.

10.      On Thursday, August 11, 2022, at approximately 11:30 pm the Taqueria Tonita taco truck, located at 7712 W Little York Rd, Houston, Texas 77040 was robbed. This incident was reported to the HCSO under incident number 2208-04449 and in parallel with the FBI under 192B-HO-3649444. This taco truck is located in the Houston Division of the Southern District of Texas and a robbery at this location impacts interstate commerce. There was no surveillance video at this location. Officers conducted interviews of victims and witnesses which depicted the

following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black shotgun and robbed the location of their money.

11.    On Friday, August 12, 2022, at approximately 11:40pm a man, later identified as BENAVIDES, entered the Tacos El Trueno taco truck located at 4109 Cedar Hill Lane, Houston, Texas 77093. This Taco Truck is located in the Houston Division of the Southern District of Texas and a robbery at this location impacts interstate commerce. BENAVIDES brandished a black pistol grip pump action shotgun and robbed the business for money. This incident was reported to the HCSO under incident number 2208-04607 and in parallel with the FBI under 192B-HO-3649444.  Agents and officers reviewed video surveillance footage and conducted interviews of victims and witnesses which depicted the following sequence of events. BENAVIDES participated in the robbery, brandishing a black pistol grip pump action shotgun.

BENAVIDES



12.    On Saturday, August 13, 2022, at approximately 10:25pm a man, later identified as BENAVIDES, entered the El Norteno Tacos #4 taco truck located at 609 W Gulf Bank Road,

Houston, Texas 77037. This Taco Truck is located in the Houston Division of the Southern

District of Texas and a robbery at this location impacts interstate commerce. BENAVIDES

brandished a black pistol grip pump action shotgun and robbed the business for money. This

incident was reported to the HPD under incident number 1085148-22 and in parallel with the

FBI under 192B-HO-3649444.  Agents and officers reviewed video surveillance footage and

conducted interviews of victims and witnesses which depicted the following sequence of events.

BENAVIDES participated in the robbery. While running towards the taco stand BENAVIDES

**discharged a round before entering the location**. Once he entered, he brandished a black pistol

grip pump action shotgun, racked a spent round out of the gun, picked it up, and proceeded to

rob the business of approximately $3,500.00 cash interrupting their business and interstate

commerce.

BENAVIDES



13.     On Monday, August 15, 2022, at approximately 10:10pm the Tacos El Viejon

taco truck, located at 2800 W Mount Houston Road, Houston, Texas 77038 was robbed. This

8

incident was reported to the HCSO under incident number 2208-05936 and in parallel with the
FBI under 192B-HO-3649444. This taco truck is located in the Houston Division of the Southern
District of Texas and a robbery of this business impacts interstate commerce. There was no
surveillance video at this location but was across the parking lot at the El Nuebo Sabor Taco
stand that was robbed on August 9, 2022, and a separate business down the street in. Cameras
captured what appeared to be the same 2002-2005 Honda Accord (SUBJECT VEHICLE) that
was used on August 9, 2022 to be driving up and down the street scouting the location moments
before it was robbed. Video captured BENAVIDES running across the parking towards the taco
stand. Officers conducted interviews of victims and witnesses which depicted the following
sequence of events. Complainants stated they were robbed by a single White/Hispanic male
brandishing a black shotgun and robbed the location of cash money interrupting their business
and interstate commerce.

VEH 1                                          BENAVIDES



14.     On Wednesday, August 17, 2022, at approximately 11:00pm the Taqueria Don
Tin taco truck, located at 522 E Little York Road, Houston, Texas 77076 was robbed. This

incident was reported to the HPD under incident number 1105258-22 and in parallel with the FBI under 192B-HO-3649444.  This taco truck is located in the Houston Division of the Southern District of Texas and a robbery at this location impacts interstate commerce. There was no surveillance video at this location. Officers conducted interviews of victims and witnesses which depicted the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black shotgun and robbed the location of approximately $1,000.00 cash interrupting their business and interstate commerce. The subject was observed running back to a grey four-door sedan which was already being driven by a getaway driver. One witness stated he/she observed the subject drop his **CELL PHONE** on the ground before entering the taco truck, and pick it back up off the ground as he was fleeing the scene.

15.    On Wednesday, August 17, 2022, at approximately 09:44pm the Delmitas Pollos Asados taco truck, located at 9515 Airline Drive, Houston, Texas 77037 was robbed. This incident was reported to the HCSO under incident number 2208-06801 and in parallel with the FBI under 192B-HO-3649444.  This taco truck is located in the Houston Division of the Southern District of Texas. There was no surveillance video at this location. Officers conducted interviews of victims and witnesses which depicted the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black pistol grip shotgun and robbed the location of cash money interrupting their business and interstate commerce. One of the complainants pulled out his/her phone and began recording the subject while he was inside the location. On the video you can observe the subject to have ear pods in his ears and place a phone call on his **CELL PHONE.**

10

BENAVIDES



16.     On Friday, August 19, 2022, at approximately 12:01am the El Dela Barbacoa taco truck, located at 8930 North Freeway, Houston, Texas 77037 was robbed. This incident was reported to the HPD under incident number 1110711-22 and in parallel with the FBI under 192B-HO-3649444.  This taco truck is located in the Houston Division of the Southern District of Texas and a robbery at this location impacts interstate commerce. Officers watched video footage and conducted interviews of victims and witnesses which depicted the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black shotgun and robbed the location of approximately $400.00 cash interrupting their business and interstate commerce.

11

BENAVIDES



17.     On Friday, August 21, 2022, at approximately 11:00pm the El Tiacoyo Bigoton taco truck, located at 10798 Shady Lane, Houston, Texas 77093 was robbed. This incident was reported to the HPD under incident number 1123831-22 and in parallel with the FBI under 192B-HO-3649444.  This taco truck is located in the Houston Division of the Southern District of Texas and a robbery at this location impacts interstate commerce. Officers conducted interviews of victims and witnesses which depicted the following sequence of events. Complainants stated they were robbed by a single White/Hispanic male brandishing a black shotgun telling them to give him the money. Complainant stated the subject attempted to rack a round into the shotgun, but it did not work so the subject fled the scene on foot.

IDENTIFICATION OF BENAVIDES AND

THIRD PARTY CONTACT VIA CELL PHONE DURING ROBBERIES

18.     On September 2, 2022, BENAVIDES was arrested by task force officers with the

FBI's Violent Crimes Task Force and officers with HPD.  During a custodial interview of

BENAVIDES, he confessed to his role in the above listed robberies where photos are included.

According to BENAVIDES, he entered the United States from the Mexico border four times in

the last year.  BENAVIDES was deported each of the first three times BENAVIDES entered the

U.S.  On the fourth attempt, BENAVIDES's brother was unable to pay the "coyotes" (people

who help illegal immigrants cross into the U.S.) who were hired to help BENAVIDES's

crossing, so the coyotes let BENAVIDES enter based on a credit/debt. BENAVIDES stated that

he owed the coyotes approximately $2,500.00.  According to BENAVIDES, the coyotes

threatened to harm his family back home in El Salvador if he did not pay them their money.

BENAVIDES claimed he was told that he would have to commit robberies until his debt was

paid off.  BENAVIDES further claimed the coyotes showed him an unknown male who was

beaten up and explained that if  BENAVIDES did not do what they told him, this would happen

to BENAVIDES also.

BENAVIDES could only identify two of the unknown coyotes by their nicknames, "Ezekiel" and

"Osmin."  According to BENAVIDES, Ezekiel and Osmin gave him a shotgun, five shotgun

shells and a cell phone and told him to rob taco trucks.  BENAVIDES stated that the two men

would drive him to the taco trucks; one man carried an AR style rifle and the other a pistol.

BENAVIDES stated that he would communicate with them on the cell phone before, during and/

or after the robberies.  BENAVIDES explained that Ezekiel and Osmin stayed in the vehicle

13

acting as lookouts/get away drivers during the robberies. BENAVIDES claimed that, in each instance, he was instructed to rob the taco trucks, get as much money as possible, run back to the vehicle, give Ezekiel and Osmin all of the money, the shotgun and the cell phone. BENAVIDES stated he did not know Ezekiel and Osmin's real names. BENAVIDES also could not provide officers with the unknown male's phone numbers due to not having them saved in his phone. The existence of Ezekiel and Osmin has not been established by law enforcement, however, surveillance supports both the use of at a getaway driver and the presence of cell phones at the robberies.

19.     Based on images captured of BENAVIDES by CCTV cameras during some of the robberies, it does appear as if he is communicating on a cell phone while committing the robberies.  However, law enforcement officers were not able to locate the phone BENAVIDES claims he used in conjunction with the robberies, possibly because it was returned to Ezekiel or Osmin as he stated or because it was later discarded.

20.     In my training and experience, I have learned that AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless are companies that provides cellular communications service to the general public.  In order to provide this service, many cellular service providers maintain antenna towers ("cell towers") that serve and provide cellular service to specific geographic areas.  Each cell tower receives signals from wireless devices, such as cellular phones, in its general vicinity.  By communicating with a cell tower, a wireless device can transmit and receive communications, such as phone calls, text messages, and other data.  When sending or receiving communications, a cellular device does not always utilize the cell tower that is closest to it.

21.     Based on my training and experience, I also know that each cellular device is identified by one or more unique identifiers.  For example, with respect to a cellular phone, the

phone will be assigned both a unique telephone number but also one or more other identifiers such as an Electronic Serial Number ("ESN"), a Mobile Electronic Identity Number ("MEIN"), a Mobile Identification Number ("MIN"), a Subscriber Identity Module ("SIM"), a Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), an International Mobile Subscriber Identifier ("IMSI"), or an International Mobile Equipment Identity ("IMEI").  The types of identifiers assigned to a given cellular device are dependent on the device and the cellular network on which it operates.

  22. Based on my training and experience, I know that cellular providers, such as AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless, routinely and in their regular course of business maintain historical cell-tower log information, including records identifying wireless communications that were transmitted through a particular cell tower.  For each communication, these records may include the telephone call number and unique identifiers for the wireless device that sent or received the communication ("the locally served wireless device"); the source and destination telephone numbers associated with the communication (including the number of the telephone that called or was called by the locally served wireless device); the date, time, and duration of the communication; the cell tower(s) that handled the communication as well as the "sectors" (i.e. the faces of the towers) that received a radio signal from the locally served wireless device; and the type of communication transmitted (such as phone call or text message).

  23. Based on my training and experience and the above facts, information obtained from cellular service providers such as AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless that reveals which devices used a particular cell tower (and, where applicable, sector) to engage in particular communications can be used to show that such devices were in the general

vicinity of the cell tower at the time the communication occurred. Thus, the records described in Attachment A will identify the cellular devices that were in the vicinity of the twelve robberies listed above at the times the crimes occurred. This information, in turn, will assist law enforcement in determining which person(s) were present at the robbery locations, as well as identifying yet unknown co-conspirators.

## AUTHORIZATION REQUEST

13.     Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

14.     I further request that the Court direct AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on AT&T Mobility; Sprint; T-Mobile USA; and Verizon Wireless, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Joseph T. Oppedisano
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on September 22, 2022, and I find probable cause.

United States Magistrate Judge
Honorable Christina A. Bryan
Southern District of Texas

16

## ATTACHMENT A

### Property to be Searched

Records and information associated with communications to and from the following cellular antenna towers ("cell towers") on the identified date(s) and timeframe(s) that are within the possession, custody, or control of the identified cellular service provider(s):

| Cell Towers | Dates | Times (CST) |
|---|---|---|
| The cell towers that provided cellular service to 2800 W Mount Houston Rd. Houston, TX 77038 | 08/09/2022 | 2145 hours to 2215 hours |
| The cell towers that provided cellular service to 8622 Irvington Blvd. Houston, TX 77022 | 08/10/2022 | 2030 hours to 2050 hours |
| The cell towers that provided cellular service to 8430 Fulton St. Houston, TX 77022 | 08/10/2022 | 2045 hours to 2115 hours |
| The cell towers that provided cellular service to 8930 North Freeway Houston, TX 77037 | 08/10/2022 | 2115 hours to 2315 hours |
| The cell towers that provided cellular service to 7712 W Little York Rd Houston, TX | 08/11/2022 | 2210 hours to 2240 hours |
| The cell towers that provided cellular service to 4109 Cedar Hill Ln Houston, TX | 08/12/2022 | 2320 hours to 2350 hours |
| The cell towers that provided cellular service to 609 W Gulf Bank Rd. Houston, TX | 08/13/2022 | 2206 hours to 2236 hours |

| | | |
|---|---|---|
| The cell towers that provided cellular service to 2800 W Mount Houston Rd, Houston, TX | 08/15/2022 | 2150 hours to 2220 hours |
| The cell towers that provided cellular service to 522 E Little York Rd. Houston, TX | 08/17/2022 | 2240 hours to 2310 hours |
| The cell towers that provided cellular service to 9515 Airline Dr. Houston, TX | 08/17/2022 | 2130 hours to 2200 hours |
| The cell towers that provided cellular service to 8930 North FWY Houston, TX | 08/18/2022 | 2345 hours to 0015 hours (8/18-8/19) |
| The cell towers that provided cellular service to 10798 Shady Ln. Houston, TX | 08/21/2022 | 2240rs to 2310 |

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be Disclosed by the Provider**

For each cell tower in described in Attachment A, the cellular service providers identified in Attachment A are required to disclose to the United States all records and other information (not including the contents of communications) about all communications made using the cell tower during the corresponding timeframe(s) listed in Attachment A, including records that identify:

a.   the telephone call number and unique identifiers for each wireless device in the vicinity of the cell tower ("the locally served wireless device") that registered with the cell tower, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), and International Mobile Equipment Identities ("IMEI");

b.   the source and destination telephone numbers associated with each communication (including the number of the locally served wireless device and the number of the telephone that transmitted a communication to, or to which a communication was transmitted by, the locally served wireless device);

c.   the date, time, and duration of each communication;

d.   for each communication, the "sector(s)" (i.e. the face(s) of the tower(s)) that received a radio signal from the locally served wireless device; and

e.  The type of the communication transmitted through the tower (such as phone call or text message).

These records should include records about communications that were initiated before or terminated after the timeframe(s) identified in Attachment A if some part of the communication occurred during the relevant timeframe(s) listed in Attachment A.

**II.      Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 USC 2113(a) on 08/09/2022 and 08/21/2022

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.